UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| COHN CHIROPRACTIC CLINIC, A PROFESSIONAL CHIROPRACTIC CORPORATION | CASE NO. 6:21-CV-1076 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| STATE FARM FIRE AND CASUALTY COMPANY | MAGISTRATE JUDGE WHITEHURST |

## ORDER

For the reasons provided in the Ruling issued this date,

IT IS HEREBY ORDERED that the Motion to Dismiss for Failure to State a Claim [ECF No. 11], brought by Defendant State Farm Fire and Casualty Company, is GRANTED, and all claims brought by Plaintiff are dismissed with prejudice.

THUS DONE in Chambers on this 28th day of March, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE